# CHARLES EWING

*vs.*

## EDWARD E. FULLER ET AL.

---

AN appeal does not lie from an order of the court in Special Term refusing to dissolve a preliminary injunction or restraining order.

In Equity. No. 1576. Decided May 6, 1869.

APPEAL from an order refusing to dissolve an injunction restraining the payment of certain moneys by the defendant. Plaintiff moved to dismiss the appeal.

Mr. R. T. MERRICK for plaintiff.

Messrs. BARTLEY & STANTON for defendant.

Mr. Chief Justice CARTTER delivered the opinion of the Court:

The court has come to the conclusion that the motion to dismiss must prevail. The question is not a new one, but has been several times decided by the court. The bill is filed avowedly for the purpose of dissolving a copartnership, and one of the copartners holding the fund the other prayed an injunction to prevent the disposal of the money, and for placing it in the hands of a receiver, which was granted, and thereupon an appeal was taken. We think the order appealed from is an interlocutory matter, and does not involve the merits of the controversy.

*The appeal is therefore dismissed.*